UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:00-CR-0376-SNL |
| | ) |
| SHANE PATRICK FURNISH, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

This matter is before the court to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case on December 20, 2000. Upon further review of the restitution ordered in this matter, the Court has determined that Christian Hernandez (4:00-CR-0376-SNL) and Johnny Saenz (4:00-CR-0376-SNL) shall be jointly and severally liable with defendant Shane Patrick Furnish for the restitution ordered in the judgment dated December 20, 2000.

Dated this 9th day of August, 2005.

_____
**SENIOR UNITED STATES DISTRICT JUDGE**